No. 87–5872. SPYCHALA v. MORRIS, WARDEN. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the

papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.